# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                                          Case No. 17-56996

TUWALLEME CABBIL,                                               Chapter 7

       Debtor.                                              Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CASE

At 4:28 p.m. on December 11, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 in this Court, commencing Case No. 17-56995. Five minutes later, at 4:33 p.m. that same day, the Debtor filed another voluntary petition for relief under Chapter 7 in this Court, commencing this case. The Court assumes that the second filing was merely an unintended error by the Debtor's attorney. Both bankruptcy cases remain pending.

As a general rule, a debtor may not have two bankruptcy cases pending at the same time. *See In re Munroe*, 568 B.R. 631, 633-34 (Bank. E.D. Mich. 2017) (citing *In re Sidebottom*, 430 F.3d 893, 897–99 (7th Cir. 2005) and *In re Lord*, 295 B.R. 16, 17–21 (Bankr. E.D.N.Y. 2003)) ("[T]he majority rule, which this Court agrees with, is that a debtor may not have two bankruptcy cases pending at the same time."). For this reason, the Court will dismiss this case, which is the second-filed of the two cases.

Accordingly,

IT IS ORDERED that this bankruptcy case is dismissed.

**Signed on December 12, 2017**



    /s/ Thomas J. Tucker
_____
**Thomas J. Tucker**
**United States Bankruptcy Judge**